# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GEVORG ERITSIAN,

                  Petitioner,

      v.

PAMELA BONDI, et al.,

              Respondents.

Case No. 5:26-cv-01067-AH-MAA

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The time for filing objections has expired and no objections have been made. IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;

2. The Petition is GRANTED;

3. Respondents must release Petitioner from custody within 24 hours of the entry of this Order under the same conditions that were in place prior to his re-detention;

///

4. Respondents must file a Notice of Compliance within three calendar days of the date of entry of this Order confirming that Petitioner has been released;

5. Judgment shall be entered upon filing of the Notice of Compliance.

DATED:  MAY 29, 2026

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE

2