**3JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORG ERITSIAN,<br><br>    Petitioner,<br><br>  v.<br><br>PAMELA BONDI, et al.,<br><br>    Respondents. | Case No. 5:26-cv-01067-AH-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed May 29, 2026 (ECF No. 19) and the Status Report filed June 1, 2026 (ECF No. 20),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  June 3, 2026

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE